IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-00056-RLV-DSC

| | |
|---|---|
| LMSP, LLC, a North Carolina Limited Liability Company, NICHOLAS A. GELLER, CHANDLER CLARK, and JAMES COOK, <br><br>**Plaintiffs,**<br><br>v.<br><br>TOWN OF BOONE, a body politic, and DANA CRAWFORD, individually,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendants' Notice of Supplemental Authority (Doc. 15), which was filed on March 24, 2017. Pursuant to Fed. R. Civ. P. 15(d), "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Here, Defendants did not file a motion as required by Fed. R. Civ. P. 15(d).

**IT IS, THEREFORE, ORDERED THAT** the Clerk strike Defendants' Notice of Supplemental Authority (Doc. 15) from the docket, but Defendants may file a pertinent motion pursuant to Fed. R. Civ. P. 15(d) within seven (7) days of the filing of this order.

Signed: March 28, 2017

Richard L. Voorhees
United States District Judge